# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES INTERNAL REVENUE SERVICE,<br>Plaintiff,<br><br>v.<br><br>WILLIAM H. HATCHELL,<br>Defendant. | Civil Action No. 1:19-cv-1108 |

## ORDER

On November 7, 2019, United States Magistrate Judge John F. Anderson entered Proposed Findings of Fact and Recommendations (the "Report") in this case, recommending that default judgment be entered against Defendant William H. Hatchell in favor of Plaintiff United States Internal Revenue Service.

Upon consideration of the record and Judge Anderson's Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Dkt. 14).

Accordingly,

It is hereby **ORDERED** that plaintiffs' motion for default judgment (Dkt. 9) is **GRANTED**.

It is further **ORDERED** that default judgment is entered against Defendant William H.

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

1

Hatchell and in favor of Plaintiff United States Internal Revenue Service on Count I of the Complaint in the amount of $584,552.25 for federal tax assessments concerning tax years 2000-2003, 2005, 2010-13, and 2015, plus all interest, penalties, and costs that have accrued and will continue to accrue after October 21, 2019.

It is further **ORDERED** that default judgment is entered against Defendant William H. Hatchell and in favor of Plaintiff United States Internal Revenue Service on Count II of the Complaint in the amount of $26,721.56 for civil penalties related to tax years 2000-2003 and 2005, plus all interest and costs that have accrued and will continue to accrue after October 21, 2019.

The Clerk of the Court is directed to enter Rule 58 judgment against Defendant William H. Hatchell and in favor of Plaintiff United States Internal Revenue Service in the amount of $612,273.81, which consists of: (i) $584,552.25 on Count I as described above; and (ii) $26,721.56 on Count II as described above.

The Clerk is further directed to provide a copy of this Order to all counsel of record, and to place this matter among the ended causes.

Alexandria, Virginia
November 25, 2019

/s/
T. S. Ellis, III
United States District Judge